UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ALLEN ANGELO,<br><br>    Appellant,<br>  v.<br><br>TOUCH WORLDWIDE HOLDINGS, LTD. AND TOUCH WORLDWIDE LLC,<br><br>    Appellees. | CASE NO. C17-1056-JCC |
| TOUCH WORLDWIDE HOLDINGS, LTD. AND TOUCH WORLDWIDE LLC,<br><br>    Appellants,<br>  v.<br><br>JAMES ALLEN ANGELO,<br><br>    Appellee. | CASE NO. C17-0970-JCC<br><br>MINUTE ORDER CONSOLIDATING CASES |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Both of the above-captioned bankruptcy appeals arise out of the bankruptcy court proceedings culminating in an order dismissing Debtor

James Allen Angelo's Chapter 13 petition on June 1, 2017. (*See* Case No. 16-bk-16391-CMA, Dkt. No. 80.) Mr. Angelo filed a notice of appeal with the Bankruptcy Appellate Panel on June 12, 2017. (C17-1056-JCC, Dkt. No. 1.) Creditors Touch Worldwide Holdings, Ltd. and Touch Worldwide LLC (Touch) filed a cross-appeal and requested it be heard in the district court on June 26, 2017. (C17-0970-JCC, Dkt. No. 1.) The appeal was originally assigned to Judge Lasnik. (*Id.*) Touch also objected to Mr. Angelo's appeal being heard by the Bankruptcy Appellate Panel and it was transferred to the district court and Judge Coughenour. Because the appeals were related, the case assigned to Judge Lasnik was reassigned to Judge Coughenour. (*Id.*, Dkt. No. 2.)

Although Mr. Angelo's appeal has the higher case number at the district court, his appeal progressed further while it was with the Bankruptcy Appellate Panel. The bankruptcy record on appeal has been filed and a briefing schedule set. (C17-1056-JCC, Dkt. No. 5.) Because the appeals are of the same order, the Court ORDERS the two cases, C17-0970-JCC and C17-1056-JCC be CONSOLIDATED. Cause number C17-0970-JCC shall be CLOSED and the documents already filed and all future documents filed regarding this matter shall be filed under cause number C17-1056-JCC. The cause number shall bear the following caption:

```
_____
                                      )
JAMES ALLEN ANGELO,                   )    No. C17-1056-JCC
                                      )
              Appellant/              )
              Cross-Appellee,         )
       v.                             )
                                      )
TOUCH WORLDWIDE HOLDINGS, LTD.,       )
and TOUCH WORLDWIDE LLC,              )
                                      )
              Appellees/              )
              Cross-Appellants.       )
_____)
```

//

//

MINUTE ORDER CONSOLIDATING CASES C17-1056-JCC
PAGE - 2

1    The Clerk is DIRECTED to docket the cross-appeal filed in C17-0970-JCC in C17-1056-
2    JCC. Because of this, there is no need for either party to submit any consolidated pleadings.
3    The Court further adopts the briefing schedule already established for Mr. Angelo's
4    appeal and enters the following briefing schedule for both appellants and cross-appellants:

| | |
|---|---|
| Appellant/Cross-Appellants Briefs due | September 19, 2017 |
| Appellee/Cross-Appellees Response Briefs due | October 19, 2017 |
| Appellant/Cross-Appellants Reply Briefs due | November 2, 2017 |

DATED this 24th day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk